GONE TO STATE PRISON

(Name) JAIL
ROBERT T. FORTÉ

(Address) PO BOX 122952

(City, State, Zip) SAN DIEGO CA 92112-2952

(CDC Inmate No.) 6456501

MAILING ADDRESS
Robert T Forté
4727 Solola Avenue #
SAN DIEGO CA 92113

FILED
2008 JUN 17 PM 2:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

JMA [✓] BEO [✓]
FILING FEE PAID
Yes [ ] No [✓]
IFP MOTION FILED
Yes [ ] No [✓]
COPIES SENT TO
Court [✓]   Pro Se [ ]

# United States District Court
## Southern District of California

Robert T. Forté
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

1 SAN DIEGO COUNTY SHERIFF
2 SAN DIEGO COUNTY SHERIFF
   MEDICAL PROVIDER
3    & COUNTY OF SAN DIEGO
            medical provider
(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 1073 BEN JMA

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, Robert T Forté
(print Plaintiff's name)
, who presently resides at PO Box 122952
SAN DIEGO CA 92112-2952
(mailing address or place of confinement)
, were violated by the actions
of the below named individuals.  The actions were directed against Plaintiff at
GEORGE F. BAILEY DETENTION FACILITY
SAN DIEGO CENTRAL JAIL / UCSD Hospital on (dates) _____ , _____ , and
(institution/place where violation occurred) Medical Provider    (Count 1)    (Count 2)    (Count 3)
2. Defendants:  (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant SAN DIEGO County sheriff resides in SAN DIEGO CALIF ,
(name)                                    (County of residence)
and is employed as a IN A CAPACITY TO GUARDIAS GRANTED BY . This defendant is sued in
COURT
(defendant's position/title (if any))
his/her ● individual ● official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant SAN DIEGO County sheriff STAFF Medical
Medical Providers resides in SAN DIEGO CALIF ,
(name)                                    (County of residence)
and is employed as a medical Provider For person IN custody of . This defendant is sued in
sheriff
(defendant's position/title (if any))
his/her ● individual ● official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant CITY & County of SAN DIEGO resides in SAN DIEGO CALIF. ,
(name)                                    (County of residence)
and is employed as a A DIVISION of goverment/overseer . This defendant is sued in
(defendant's position/title (if any))
his/her ● individual ● official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Dr. Chin
Defendant UCSD Hospital/medical providers resides in UCSD Medical Center Hillcrest
SAN DIEGO CA 92103-8916
(name)                                    (County of residence)
and is employed as a medical Advisor and Provider of INMATE care. This defendant is sued in
(defendant's position/title (if any))
his/her ● individual ● official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: For long periods Dr Chin who was
IN Charge of pain management Aloud my
PAIN I Increase To the point of grining Teeth
when I explain this To him, even After other Doctors
Agree I Need more pain med CHIN MADE me suffer
Refusing To Increase KNowing that It was Needed
Teeth ground Down To Gum Line severe pain couldnt EAT
Hot Cold Fold AIR Hurt my mouth

§ 1983 SD Form
(Rev. 5/98)                                2                ::ODMA\PCDOCS\WORDPERFECT\22834\1

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right To medical care

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

SEE Appendix - P & 3

I WAS Left To suffer with PAIN Medication

At the point Medication WAS given condition WAS Severe, Doctor working Jail push off Treatment 14 month I waited I For surgery It Never came, PAIN IS so severe I grinded Teeth Down To Gum LINE, Air, Hot, cold Hurt mouth INTRACKTABLE PAIN In my Butt A legs Medication Never stop PAIN To give Normal DAY, Constant suffering.

Count 2:  The following civil right has been violated: Freedom From cruel And unusual punishment

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

SEE   Appendix  1 & 3

Count 3:  The following civil right has been violated: Due Process

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

SEE Appendix 1 & 3

**D.  Previous Lawsuits and Administrative Relief**

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ■ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____ *N/A* _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised: _____

_____

_____

_____

_____

(e)  Approximate date case was filed: _____

(f)  Approximate date of disposition: _____

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ■ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

Relief WAS sought through SD County Sheriff Inmate Grievance process. Ref #PAGE 2 sec. B Medical Complaint And Request For Medical Care is shown In sec B. of page only Two Grievances Answered

The court NEW I WAS In custody And WAS BAIL wouldNt AsSIt In Find Docter with summons I would send summons To JAIL where Docter works ReClued ANSWer UNABLE To seRVE!

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): DefendANt must pAy FoR sAid Surgury of PlAintiff Left hip & RehAb, BecAuse of Neglect other surgurles mAybE Needed, Future Appt with ORtho spechlist And Future mEdicAl cARE For hips /Both LEft /RIght BAck /Lower, mId Kness Both.

2. Damages in the sum of $ 500 000⁰⁰

3. Punitive damages in the sum of $ 1.500 000⁰⁰

4. Other: ? unknown At this tIme.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

   In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above. | **OR** | ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

   I declare under the penalty of perjury that the foregoing is true and correct.

6-26-07
_____
Date

Robert P Fule
_____
Signature of Plaintiff

Appendix 1

ROBERT FOSTER IN Pro Per
Po Box 122952
SAN Diego CA 92112
CASE 2007-77254

SUPERIOR COURT OF CALIFORNIA
County of SAN Diego
Hall of Justice 330 W. Broadway Dept 66
SAN Diego CA, 92101-3827
Judge: Charles R. Hayes

Dear Judge Hayes
        Its is My complaint Is not Alleged denial of surgical procedures
        A complaint of Clear Case of Deliberate Indifference
        It Is clear To ME that the court Did Not Agree With My complaint
That Defendant Failed To Compley With provide me with Information, I
As A Inmate WAS Not given, Making It UNREASONABLE hard
To serve Parties, Party 1 Medical Director of county Jail, who is not
NAMED. Parties 2. You List Them As a subdivision of the sheriff Dept
the Nurses & Docta who Are Empoyed. These Are the parties "medical provider"
oh THAT I Tried To Serve. It Is Clear Medical stats was served, here
WE HAVE A CASE Of FAILING To BE EXACT! AGAIN If Im No given
InForMation Because of MY status As A Inmate Because of policy & procedure
It Is UNFAir of the Defendant To NOT Be severe iAs You I INTERPERT
Them To BE. 3 BRECE Lelcht Is A County EMPoYE HE WAS
Also served If His Location For saftey REASON AgAIN
Because of MY status Is Not Given How CAN I correctly serve!
I Am Incloseing Document to prove that vAlit Attemp WAS MADE
Also The First CAUSE of Action Sheet is STILL messing It WAS NEVER RETURN
The second CAUSE of Action Is the BASES of MY complaint SOMEONE IN the
medical Dept WAS Told To Do this Action. To Intentionally scheduled MY Appointment
on court DATES Thus push my care & treatment of 5 Formonths - this is WHAT CAUSE
PAIN & suffering. The Defendent Attemp To chAnge THE picture To the Issue
Of DEMurrer Is not the BASES, Also the court FILE Is Incomplete
MY Iussues ARE For DAMAGES But the Parties ARE not Just the ENTY (county)
ITs EMPoyEE ARE Responsible for these Event! And polley & precedue Are Neglgent

Third

I. A Physician treating a patient who suffers from severe chronic intractable pain may prescribe a dosage deemed medically necessary to relive severe chronic intractable pain as long as the prescribing is in conformance with the provisions of the California Intractable Pain Treatment Act, section 2241.5 of the Business and Professions Code.

J. A patient who suffers from severe chronic intractable pain has the option to choose opiate medication for the treatment of the severe chronic intractable pain as long as the prescribing is in conformance with the provision of the California Intractable Pain Treatment Act, section 2241.5 of the Business and Professions Code "was never given choice"

K The patients physician may refuse to prescribe opiate medication for a patient who request the treatment for severe chronic intractable pain. However, that physician shall inform the patient that there are physicians who specialize in the treatment of severe chronic intractable pain with methods that include the use of opiates

124960. Legislative Finding And declarations
The Legislative Finds And declares All the Following:

A The state has A Right And Duty To control the
Illegal use of Opiate Drugs

B Inadequate Treatment of Acute And chronic pain originating
From Cancer or noncancerous conditions is a significant health
problem.  "I Know I suffered From the problem

C. For some patients, pain management is the single most
Important Treatment A physician can provide, "I was
Denyed this option, Even with a Referrell

D. A patient suffering From severe chronic Intractable pain
should have Access To proper Treatment of his or her pain
("Denyed")

E. Due To the complexity of their problem, many patients
suffering From severe chronic Intractable pain May Require
Referrel To A physician with Expertist In the Treatment of
severe chronic Intractable pain. In some Cases severe

1  Robert T Forte                    Pro Per
2  PO Box 122952
3  San Diego CA 92112-2952
4  Inmate No 6456501, 7-A-10
5  Superior Court of California, County of San Diego, "Civil" Division"
6  330 W Broadway
7  PO Box 120128
8  San Diego CA 92112-0128
9  Plaintiff: Robert T Forte
10                VS
11 Defendant:1,San Diego county sheriff
12            2 San Diego county/sheriff Medical Dept
13            3 UCSD Hospital/contracted Medical provider
14 Motions To, And For the Following:
15 1 Compel discovery of Plaintiff complete Medical Records
16 From UCSD Hospital, And San Diego county Jail Medical office
17 Records, Notes X Ray Flim, Not Limited To computer Records By Dr.s
18 2 Compel discovery of Inmate Grievance Reports/Detetion
19 Services of sheriff of San Diego, All Facilities, All Grievances
20 File By Plaintiff From 11-30-06 Thur    -07,
21 Plaintiff Request The Need of a Medical Expert As Witnesses, To Be Named
22 At Later Date,
23
24
25 Memorandum  In Support of Plaintiff Motion To Compel
26 Discovery.
27 Code of Civil Procedure  425.12
28 CALIF. Penal # 423.4  423.5  423.6

                                              Date
   Robert Forte, 2-07-7 Ruford    Ordered By Judge _____

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle
b. ☒ General Negligence
c. ☒ Intentional Tort
d. ☐ Products Liability
e. ☐ Premises Liability
f. ☒ Other (specify):

I, Robert T Forte. currently In the Custody of the san Disgo county Sheriff. House At G.B.D.F. GEORGE F BAILEY DETETION FACILITY MAIN LINE, Then 2-A Medical WARD/Medical Isolation Ward Twce, Now As of 5/07 House 7-A san Disgo central Jail CAIM That under the code of the LAW, Inmates medical condison And Expert Medical Finding of uGSD Medical, under contract To SAN DISGO county Sheriff Medical Department SAN DISGO county Sheriff has consistently Denied surgical Procedure. That UCGSD orthopedic specialist And UGSD general Medical Doctors state is NEED By

11. Plaintiff has suffered

a. ☐ wage loss
b. ☐ loss of use of property
c. ☐ hospital and medical expenses
d. ☒ general damage
e. ☐ property damage
f. ☒ loss of earning capacity
g. ☒ other damage (specify):

I Robert T Forte. Being under control /supervison of san Disgo county Sheriff causing Inmate at here To un Favorable condistons, Thus causing inmate unDue Pain & suffering

Defendants negligence By Alowing Plaintiff condisten To Deteriorate, Limiting Possible Treatments, Delays Are Chauseing more Damage to other Joint Knees / Ankel unwarrent pain

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.
b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.    Yes

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages
   (2) ☐ punitive damages
The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☐ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

3 PAGE COMPLAINT SEC. A, B, C, Also Attachments, SEE Motion Request Brief 4 PAGE. Appendix #1 PAGE #3 Motions

Dates 6-22-07 Robert T Forte    ▶ Robert P Forte Pro Per

(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

1. Robert T Forte ; Plaintiff

1. SAN Diego County sheriff Dept ; Defendants
2. SAN Diego County sheriff medical staff / medical provider
3. ~~San Diego County, Medical provider under contract to the San Diego of SD~~
3. SAN Diego County .

Brief

Authority:        ARGUMENT
                  Point 1

The Plaintiff STATES A CLAIM under The EIGHTH AMENDment.

A. The Plaintiff has A serious medical need. The defendants In this case Argue The Plaintiff Medical Problem Is Not "serious" claiming that the Medical Condistion ; Degenertive Joint Disease; A "sever" Osteoarthritis; Is only Moderate Osteoarthritis Defendants 1, an 2. Memorandum of Law is List on Inmate Grievance Report # NO 74000995. They Are wrong For the Following Reason. First the courts generally Agree that A Medical Need Is "serious" If It has Been diagnosed By A physician As Mandating Treatment... Johnson V. Busbee, 953 F.2d 349, 351 (8th Cir. 1991); Gaudreault V. Municipality of SALEM, MASS., 923 F.2d 203, 208, (1st Cir. 1990); Monmouth County Correctional Institution Inmates V. Lanzaro, 834 F.2d 326, 347 (3d Cir. 1987), cert denied, 486 US. 1066 (1988); Ramos V. Lamm, 639 F.2d 559, 575 (10th Cir. 1980) cert. denied, 450 US 1041 (1981) And Cases Cited.

IN This case The equity cri medical provider who is Orthpedic specialist Doctor, Thought The Plaintiff problem was serious Enough To Require surgery And Also prescribed Medication For it. Defendant # No 3, Ortpedic specialist Doctor; from UNIVERSITY of CALIFORNIA SAN Diego, Contracted medical provider. : While Plantiff is custody of the sheriff of SAN Diego county.

The Plaintiff's problem is there "serious" Under the Holdings of the ABove Cited cases

SECOND, A Medical condition MAY be serious if it "significantly Affects An Individuals Daily Activities." McGuckin v. smith, 974 F.2d 1050, 1060 (9th cir. 1992). Plaintiff's Condition of Degenertive Joint disEASE, osteoarthritis, which has Deformed The Acetabulum- The cup-shaped Hollow In The hip Bone; I.E. Into which the Head of The femer Fits To Form A Ball an socket Joint The complaint contents That For A period of 7 month while In the custday of The sheriff This Medical condition has caused serious Deterioration In the Aera of Acetabulum; Thus Changing The GATE of Plaintiff walking; I.E. Very sever Limp" significantly Affects An Individual's Daily Activites." McGuckin v. smith, 974 F.2d 1050, 1060 (9th cir 1992). Plaintiff Leg AND Hip PAIN have had serious consequences for Him. The Plaintiff Alleges that The pain In Hip/Leg And Low BAck Are so serious That At TIMES, I AM unABle To Move, read, write, EAT or sleep; SEE →

Inmate Grievance # Report No 74000335, Pain at level 1 Thur 10, Average 9 Finally 5-2-07 Plaintiff is started on Vicodin. Thus These conditions also significantly affect the plaintiff Normal Activities.

Finally, A courts have Acknowledged that Conditions That cause significant pain Are serious Medical Needs. McGuckin V. Smith, 974 F.2d 1050, 1060 (9th Cir 1992) ("Chronic And Substantial pain" Indicates That a Medical Need Is serious); Boretti V. Wiscomb, 930 F.2d 1150, 1154-55 (6th Cir. 1991) (Needless pain Is Actionable EVEN If There Is No permanent Injury); Dean V. Coughlin, 623-F. Supp. 392, 404 (S.D.N.Y. 1985) ("Conditions That cause Pain, discomfort, or threat To Good Health" Are Serious). This Is True because A Chief Purpose of the Cruel And Unusual Punishments Clause Is To prevent The "unnecessary And wanton Infliction of Pain." Estelle V. Gamble, 429 U.S. AT 104 (Citation omitted). The Complaint Alleges that The plaintiff has suffered Contiual Bone Deterioration, significant And Recurrent pain from Left hip problem "Degenertive Joint Disease" Osteoarthritis While In the custdoy of The San Diego county sheriff This pain Is sufficient To make The plaintiff medical need serious.

B. Complaint Alleges That Defentdant: 3; Medical provider UCSD Hospital Orthopedic specialist, States That Plaintiff Need surgical Procedure, Complaint Also Alleges Defentants: 1 an 2, San Diego county sheriff Dept

AND SAN Diego County, Deprived PlAINtiff of
Surgical Procedure. Complaint Alleges the Action was
NOT Giving Medical provider freedom To Approve
Surgery: Ie cost And care of Left hip ReplAcement
STATEMENTS MAde About procedure, "we'll wAit until He get
out of our Custody or Goes To prison! ))

c. COMPLAINT Alleges That The Actions of Defendants
1: san Diego County  2: san Diego county sheriff Dept. Denied
PlAINtiff The Due Process of The LAW. U.S. Const. V."
complAINt Alleges That the Negligence on the Defendants
1 & 2, part Took plAce IN The course of these Action
ON JAN-23-07 PlAINtiff used The INMATE GrievANce
Procedure. see GrievANce NO 74000171, To File CompLAINt
of INproper Medical cAre, Also To Allege That Due To Negligence
Medical AppoINTMeNTs were INtenlonally scheduled on plAINtiff
pre-scheduled court DATe's Thus cAuseINg DeLAY IN Treatment
INMATE Medical Record file will Revile That This Type
of Negligent Behavior Took plAce Repeatedly.


As of August 10 2007  I was pre scheduled To
SEE speciAlist For surgury. But AgAIN Medical staff
With Knowledge of court DATe which was IN
computer system INtentIonally scheduled my
Surgury speciAlist TIME with court TIME
To Prevent surgical Procedure AgAIN

Robert Tate   Pro Per   Compliant

SAN Diego County Sheriff Medical provide

Sec. A    The San Diego county Fail To Protect the Right To
1 Due Process, in Act to provide Plaintiff Protection
under Constitution: 2b Free from cruel and unusual
Punishment. By the Denial of medical Procedure
Pre Diagnose. By Orthopedic specialist At UCSD
Medical center. IE The Branch of Medicine that Deals
with Injuries or disorders of the skeletal system
Plaintiff is Diagnosed with a condition "Termed"
Degenerative Joint disease. A sever Osteoarthritis
Which can only Be corrected By a surgical Procedure
Hip Replacement, an/or Hip Reserfacing[4] Due To the
Lack of care on the part of the Defendent, Deterioration
In the Acetabulum Area. IE Acetabulum the cup-shaped
Hollow In the hip Bone, Into which the head of the femer Fit
To Form a Ball an socket Joint. this Deterioration is caused
By the change In the Gate of the Plaintiff walking pattern
which should have Been at set By 2" Orthproth show "a hard
sole shoe with orthpedic Inserts) . Being that these Assist
Can only Tempory help. Only surgical Replacement of Joint
Wous Be helpful. By Defendents habitual denial of these
Medical Treatment. Thus causing cruel and unusual
Punishment. IE[5] The Right Qualified medical care. Also In the
support of claim Defendents withheld Pain Medication From
the Plaintiff causing undue suffering, Medication for Pain
was started 5-1-07, Type of medical: Vicodin
Plaintiff had Been the custody of Sheriff since 11-25-06
Plaintiff states the San Diego county Sheriff had Knowledge
of Plaintiff Medical on Going care through UCSD.

Who Is the Contracted medical provider for the
San Diego County Jail System.
Defendents Professional Relationship with contracted medical provider
Allow The Defendent Accessible To Plaintiff medical have
By The Defendents having **complete** access to history of medical
History, Failure To Follow the Letter of the Law
Is Clear.

| Sec # B. | A. Additional Discovery # SD. County Sheriff Inmate Grievance Report File By Plaintiff List By ARJIS, JIMS | |
|---|---|---|
| DATE 12-9-06 | #ARJIS # 4896   JIMS Grievance NO. 74000171 | |
| 12/30/06 | 3033 | NO Repley |
| 1/29/07 | 3762 | NO Repley |
| 5/4/07 | 5445 | 74000995 |
| 6/8/07 | 5871 | NO Repley |
| 6/11/07 | 5871 | NO Repley |
| 6/15/07 | 9224 | NO Repley |
| 6-27-07 | 6562 : Plaintiff scheduled # 6-29-07 For Doctor. "Prescheduled court" | |
| 6-29-07 | Plaintiff Refiles Grievance, SEEN 6-30-07 # SEE Medical Report | |
| Attemation(1) #74000171 | SUMMARY: Plaintiff Alleges HE Is deprived of proper medical Attention, And medical Appointments Are Scheduled on Plaintiff court Dates. # Repley By Defendents Is As followed That Plaintiff has Appointment To see specialist Also Appointment on Court Dates Are Not INTENTIONally Done. But WAS Done on More the one OCCASION. | |
| NotE | this Grievance was 1-24-07 Date File 12-30-06 This Is A 10 Day Process, Took 25 Days. "Grievance Report No 74000995," Summary: Plaintiff Alleges serious pain Both legs/hips and Ankles." statement I have seve pain, can't sleep in bed STARTED on vicodin 5-1-07 see Attemation2 | |

SEC C    Plantiff Alleges That He Has Set forth clear "Individual, use of com of Retaliation At the GBDF. Plantiff was Place In Medical Isolation on 1/26/07, one day After Grievance was Returned." On Friday, 1/26/07 I was told To Rollup, To Be Released To the Jail Isolation unit For the 2nd Time, Same Reason Defendant states Action Take For Medical Reason stateing That Plantiff had "TB," Tuberculosis= A Communicable disease of humans that is caused by a microorganism and By lesions of the lungs." Plantiff was Left In Isolation for 13 Days Thus Again Missing Appt At UCSD. I was Told A Sheriff staff member, No Travel until I was medically cleared. Plantiff had Already Been Medical cleared the First Time He spent 7 Days In Medical Isolation, while given The Same Blood Test 6 Times. Plantiff Alleges That this Again was A Denial of Due Process, Also Cruel and unusual Punishment, A Review of Medical Records will show. Plantiff had Been Tested, And cleared In Dec- of 06. At the Medical Facility. Please Refer To Inmate Medical Record, Complaint Exknowledges The Medical finding In Medical Report Dated 6-30-07 Inmate patient suffers From Advanced stages of Degenertive Joint Disease of Left hip, Inmate patient pain medication Is Increase In strenght And Type. Again Dr states that surgery Is Needed. To Refer To Orthopedic. In All past Appointment with ortho. specialist Agree the surgery Is Needed, But Not scheduled For Defendant 1-2 Refusing To Approve Funds was

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I (a) PLAINTIFFS

Robert J. Forte

2008 JUN 17 PM 2: 43

US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SD County Sheriff et al

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Robert J. Forte
PO Box 122952
San Diego, CA 92112
6456501

**ATTORNEYS (IF KNOWN)**

'08 CV 1073 BEN JMA

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appelate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|

| DATE | 6/17/2008 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|---|