*Gone to state prison*

PLAINTIFF/PETITIONER/MOVANT'S NAME  Robert T. Forte

PRISON NUMBER  6456501

PLACE OF CONFINEMENT  San Diego County Jail

ADDRESS  PO Box 122952
San Diego, CA 92112-2952

Mailing Address: 4727 Solola Ave Apt 101
SD CA 92113

FILED
2008 JUN 17 PM 2:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Mr. Robert T. Forté,
Plaintiff/Petitioner/Movant

San Diego County Sheriff
San Diego County Sheriff Medical Provider
San Diego City & County
/Medical     Defendant/Respondent

Civil No. **08 CV 1073 BEN JMA**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Robert T. Forte
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration   San Diego County Jail
   Are you employed at the institution?            ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Hensel Phelps, PO Box O Greeley co. 80632-0710
   Hensel Phelps Construction Co, March 2006 Est. 27⁰⁰ per hr For the year of 2006 Total Income was 7500⁰⁰ (Can't Work Due To Medical Reasons In Need of Hip Replacement)

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   I Receive 20 Dollars A month From Family For Last 6 Month, Can't Est. Future, Because of Family problems

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: N/A        Year: N/A        Model: N/A
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? N/A

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  MArquice Forte  son  100.00
   Joshua Forte  son  100.00
   Due to Disabilty 2000.00 In the year of 2006 this year None!

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Bank of Am. unknown Amout
   Rev & Rec  unknown Amout
   Another Debts Check TRW

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):  None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    Help From Family Member mom sisters cuzson unlce

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-4-07                    Robert P Lee
DATE                      SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Robert T Forte__,
(NAME OF INMATE)

__6456501__,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____  
DATE

_____  
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____  
OFFICER'S FULL NAME (PRINTED)

_____  
OFFICER'S TITLE/RANK

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Robert T. Forté #G456501__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__6-4-07__
DATE

__/s/ Robert T. Forté__
SIGNATURE OF PRISONER

| | |
|---|---|
| If you are a **prisoner you** <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirment.</u> | |

## PRISON CERTIFICATE

**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant          **ROBERT T. FORTE**
                                      (Name of Inmate)

**Booking No. 6456501**
                                      (Inmate's CDC Number)

has the sum of $  **0.00**          on account to his/her credit at

**SAN DIEGO CENTRAL JAIL**
(Name of Institution)

I further certify that the applicant has the following securities ...   **NONE**
to his/her credit according to the records of the aforementioned institution. I further certify that *during the past six months* the applicant's *average monthly balance* was .................................$          **$0.00**
& the *average monthly deposit* to the applicant's account was...............$          **$58.83**

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

June 6, 2007                                     *James R Birdsong* (signature)
                                                 SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

I, the undersigned custodian of records, **certify**
that the attached is a true and correct **copy of**      **Lt. James R. Birdsong**
the original document on file in the **Records**         OFFICER'S FULL NAME (PRINTED)
Division of the San Diego County Sheriff's
Department.

SHERIFF OF SAN DIEGO COUNTY
By *[signature]*  Date 06-06-07                  **Assistant Facility Commander, SDCJ**
                                                 OFFICER'S TITLE /RANK

civ-67 (Rev. 9/97)                                           K:\COMMON\FORMS\CIV-67